**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter __7__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Integrative Health Systems, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **26-0512436** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2205 Harbor Light Lane, Apt 115**<br>**Winter Park, FL 32792**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Integrative Health Systems, LLC**          Case number (*if known*) _____
  <sub>Name</sub>

**7.  Describe debtor's business**   A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor  **Integrative Health Systems, LLC**                     Case number (*if known*) _____
          Name

**10.  Are any bankruptcy cases**     ■ No
       **pending or being filed by a**   □ Yes.
       **business partner or an**
       **affiliate of the debtor?**

       List all cases. If more than 1,
       attach a separate list              Debtor _____          Relationship _____
                                           District _____ When _____ Case number, if known _____

**11.  Why is the case filed in**     *Check all that apply:*
       *this district?*
                                ■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                     preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                □    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**       ■ No
       **have possession of any**
       **real property or personal**    □ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
       **property that needs**
       **immediate attention?**                 **Why does the property need immediate attention?** (*Check all that apply.*)

                                        □ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                           What is the hazard? _____

                                        □ It needs to be physically secured or protected from the weather.

                                        □ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                           livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                        □ Other _____
                                        **Where is the property?** _____
                                                                   Number, Street, City, State & ZIP Code
                                        **Is the property insured?**
                                        □ No
                                        □ Yes.   Insurance agency _____
                                                 Contact name _____
                                                 Phone _____

|  | **Statistical and administrative information** |
|---|---|

**13.  Debtor's estimation of**   .   *Check one:*
       **available funds**
                                      □ Funds will be available for distribution to unsecured creditors.

                                      ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**      ■ 1-49              □ 1,000-5,000        □ 25,001-50,000
       **creditors**               □ 50-99             □ 5001-10,000        □ 50,001-100,000
                                    □ 100-199           □ 10,001-25,000      □ More than100,000
                                    □ 200-999

**15.  Estimated Assets**          ■ $0 - $50,000               □ $1,000,001 - $10 million      □ $500,000,001 - $1 billion
                                    □ $50,001 - $100,000         □ $10,000,001 - $50  million    □ $1,000,000,001 - $10 billion
                                    □ $100,001 - $500,000        □ $50,000,001 - $100 million    □ $10,000,000,001 - $50 billion
                                    □ $500,001 - $1 million      □ $100,000,001 - $500 million   □ More than $50 billion

**16.  Estimated liabilities**     □ $0 - $50,000               □ $1,000,001 - $10 million      □ $500,000,001 - $1 billion

Debtor   **Integrative Health Systems, LLC**                                    Case number (*if known*) _____
Name

☐ $50,001 - $100,000                     ☐ $10,000,001 - $50  million              ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000                    ☐ $50,000,001 - $100 million             ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million                  ☐ $100,000,001 - $500 million            ☐ More than $50 billion

| Debtor | **Integrative Health Systems, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  3, 2022**
              MM / DD / YYYY

**X** **/s/ Hildegarde Louisa Staninger**                          **Hildegarde Louisa Staninger**
Signature of authorized representative of debtor              Printed name

Title    **Owner**

**18. Signature of attorney**

**X** **/s/ George M. Gingo**                          Date **October  3, 2022**
Signature of attorney for debtor                        MM / DD / YYYY

**George M. Gingo**
Printed name

**George M. Gingo, P.A.**
Firm name

**400 Orange Street**
**Titusville, FL 32796**
Number, Street, City, State & ZIP Code

Contact phone    **(321) 264-9624**         Email address

**879533 FL**
Bar number and State

.

Integrative Health Systems, LLC
2205 Harbor Light Lane, Apt 115
Winter Park, FL 32792

George M. Gingo
George M. Gingo, P.A.
400 Orange Street
Titusville, FL 32796

Anne Lorimer
c/o Seth W. Wiener
609 Karina Court
San Ramon, CA 94582

## United States Bankruptcy Court
### Middle District of Florida

In re   **Integrative Health Systems, LLC**                                      Case No.
                                     Debtor(s)                Chapter    **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Integrative Health Systems, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October  3, 2022**                              **/s/ George M. Gingo**

Date                                               **George M. Gingo**

                                                   Signature of Attorney or Litigant
                                                   Counsel for   **Integrative Health Systems, LLC**
                                                   **George M. Gingo, P.A.**
                                                   **400 Orange Street**
                                                   **Titusville, FL 32796**
                                                   **(321) 264-9624**